**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON CORPORATION, AS TRUSTEE OF CHL MORTGAGE PASS-THROUGH TRUST 2002-36 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-36 C/O NATIONSTAR MORTGAGE LLC, | : | No. 386 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOHN G. DIMOU AND ANNA DIMOU, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.